IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 4:16-CV-00630 |
| ) | |
| v. ) | |
| ) | |
| EDWIN DAVID WHITTLESEY; CITY OF ) | |
| NEWTON; STATE OF IOWA; WALKER, ) | |
| BILLINGSLEY & BAIR; CREDIT ) | |
| ACCEPTANCE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

COMPLAINT

Comes now the Plaintiff by Kevin E. VanderSchel, United States Attorney for the Southern District of Iowa, and William C. Purdy, Assistant United States Attorney for this District, and for its cause of action alleges:

(1) This is a civil action brought by the United States of America under the provisions of 28 U.S.C. § 1345.

(2) Service of summons and complaint may be made upon the following defendants:

(a) On the Defendant, **Edwin David Whittlesey** (Borrower), by delivering a copy of the Summons and Complaint to him in Jasper County, Iowa, within the jurisdiction of this court.

(b) On the Defendant, **City of Newton**, by delivering a copy of the Summons and Complaint to the Mayor, Mike Hansen at 1511 N. 5th Ave. E., Newton, Iowa 50208.

(c) On the Defendant, **State of Iowa**, pursuant to Iowa Code § 613.9, by delivering a copy of the Summons and Complaint to Jasper County Attorney, 114 W. 3rd St. N.,

1

Newton, Iowa 50208, and by mailing a copy of the Summons and Complaint to Tom Miller, Iowa Attorney General, at Hoover State Office Building, 1305 E. Walnut Street, Des Moines, Iowa, 50319.

(d)     On the Defendant, **Walker, Billingsley and Bair**, by delivering a copy of the Summons and Complaint to them at 208 N. 2nd Ave. W., Newton, Iowa 50208.

(e)     On the Defendant, **Credit Acceptance Corporation**, by delivering a copy of the Summons and Complaint to its registered agent, Corporation Service Company, 505 5th Ave., Suite 729, Des Moines, Iowa 50309, within the jurisdiction of this court.

(3)     On or about June 23, 2003, the Defendant, Edwin David Whittlesey, executed and delivered to the Plaintiff, United States of America, acting through the Rural Housing Service, United States Department of Agriculture, a Promissory Note whereby he promised to pay the Plaintiff the sum of $56,000.00 with interest thereon at 6.0000 percent per annum.  As consideration for this Note, the Plaintiff made a Rural Housing loan to the Defendant pursuant to the provisions of Title V of the Housing Act of 1949 (42 U.S.C. § 1471*et seq*.).  A true and correct copy of the Note is attached as Exhibit A.

(4)     At the same time and place and as part of the same transaction, to secure payment of the Note, the Defendant, Edwin David Whittlesey, executed and delivered, to the Plaintiff, a purchase-money security interest in the form of a Real Estate Mortgage upon certain real estate in Jasper County, Iowa, within the jurisdiction of this court, to-wit:

> **Lot Thirteen in Block "T" Aurora Heights Subdivision, being in and forming a part of the City of Newton, Jasper County, Iowa, as appars in Plat Book D, at page 201 in the Office of the Recorder of said County.**

This Mortgage was recorded in the Office of the Recorder of Deeds of Jasper County, Iowa, on June 23, 2003, in Book 03, at Page 7963.  A true and correct copy of the Mortgage is attached as Exhibit B.

(5)     The Plaintiff is the owner and holder of the Promissory Note and Real Estate Mortgage, attached as Exhibits A and B.

(6)     The Defendant, Edwin David Whittlesey, failed to pay to Plaintiff installments of principal and interest when due in violation of the provisions of the Note and Mortgage.  The Plaintiff has accelerated the indebtedness and made demand for payment in full.  No payment has been received and the property is vacant.

(7)     Pursuant to the Housing Act of 1949, as amended, 42 U.S.C. § 1490a, and the implementing regulations, 7 C.F.R. § 3550.162, the Real Estate Mortgage, also secured the recapture of interest credit or subsidy granted to the Defendant, Edwin David Whittlesey.  The total amount of interest credit or subsidy subject to recapture is $936.00.

(8)     The Plaintiff claims it is owed, pursuant to the provisions of the Promissory Note and Real Estate Mortgage, a balance of $58,291.09, which includes principal, advances, and any other recoverable costs; $14,932.40 interest, as of February 27, 2015, plus interest accruing thereafter at the daily rate of $9.5761; and $936.00 interest credit or subsidy subject to recapture.

(9)     No other action has been brought for the recovery of the balance due.

(10)    The Plaintiff has completed all loan servicing requirements of Title V of the Housing Act of 1949, 42 U.S.C. § 1471 *et seq*.

(11)    The following Defendants may claim an interest in the real estate subject to this foreclosure:

(a) The **City of Newton** may claim an interest pursuant to a judgment in the amount of $137.98, entered October 9, 2000, in Jasper County, Iowa District Court, Case No. NWNTNW024843 and a judgment in the amount of $167.75, entered July 21, 2011, in Jasper County, Iowa District Court, Case No. NWSMAC010487.

(b) The **State of Iowa** may claim an interest pursuant to a judgment in the amount of $83.82 entered August 31, 2011, in Jasper County, Iowa District Court, Case No. NWSMAC010487.

(c) **Walker, Billingsley, and Bair** may claim an interest pursuant to a judgment in the amount of $583.25, plus interest of 2.25% from May 11, 2011, and accruing costs, entered May 24, 2011 in Jasper County, Iowa District Court, Case No. SCSC051395.

(d) **Credit Acceptance Corporation** may claim an interest pursuant to a judgment in the amount of $7,613.06, plus interest of 24.99% from August 9, 2011, entered October 4, 2011, in Jasper County, Iowa District Court, Case No. LACV117317.

(12) The interests of all the Defendants are junior and inferior to the interests of the Plaintiff.

(13) None of the Defendants have a right to redemption after foreclosure sale herein.

**WHEREFORE,** the Plaintiff demands judgment *in rem* against the mortgaged property of Defendant, Edwin David Whittlesey, and *in personam* against the Defendant, Edwin David Whittlesey, in the amount of $58,291.09, which includes principal, advances, and any other recoverable costs; $14,932.40 interest, as of February 27, 2015, plus interest accruing after that date of $9.5761 per day to the date of judgment herein, together with interest at the legal rate thereafter; $936.00 interest credit or subsidy subject to recapture; plus the costs of this action.

The Plaintiff further demands that its Mortgage be declared a first and paramount lien on the real estate described therein and that such advances as the Plaintiff may be authorized and required to pay for insurance premiums, real estate taxes, title fees, or other costs necessary to protect the security during the pendency of this proceeding be allowed as a first and prior lien on the security.

The Plaintiff further demands that all legal right, title, and interest which said Defendant has in the real estate be sold at public sale, without redemption, in accordance with 28 U.S.C. §§ 2001-2003, inclusive; and that the sale be subject to any unpaid real estate taxes or special assessments; and that the sale proceeds be applied in the following order:

(1) Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2);

(2) The costs of the sale and of this action;

(3) The interest accruing on the Plaintiff's judgment *in rem* against the mortgaged property of Defendant, Edwin David Whittlesey, and *in personam* against the Defendant, Edwin David Whittlesey; and

(4) The Plaintiff's judgment *in rem* against the mortgaged property of Defendant, Edwin David Whittlesey, and *in personam* against the Defendant, Edwin David Whittlesey;

(5) The balance, if any, be brought into this Court to await its further order.

The Plaintiff further demands that all right, title, and interest in and to the real estate of the Defendant, Edwin David Whittlesey, and of all persons claiming by, through or under him be decreed to be junior and inferior to the Plaintiff's Mortgage and be absolutely barred and foreclosed.

If the purchaser of the real estate be denied possession, the Plaintiff prays that upon the filing of a proper Praecipe, this Court issue a Writ of Assistance and without further order of this Court place the purchaser of the real estate in peaceable possession.

        United States of America

        Kevin E. VanderSchel
        United States Attorney

By:   */s/ William C. Purdy*
        William C. Purdy
        Assistant United States Attorney
        U.S. Courthouse Annex, Suite 286
        110 E. Court Ave.
        Des Moines, Iowa 50309
        Telephone: (515) 473-9315
        Facsimile: (515) 473-9282
        Email: bill.purdy@usdoj.gov